NO. 07-12-00212-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 22, 2012

_____

IN RE JACKIE LEE BIBBS, RELATOR

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Relator, Jackie Lee Bibbs, has filed an Original Application for Writ of Mandamus requesting this Court issue a writ of mandamus ordering the Honorable George Gallagher, Judge of the 396th District Court of Tarrant County, Texas, recused from participating in Bibbs's appeal of his conviction for the offense of capital murder in cause number 07-10-0300-CR. We dismiss the petition for want of jurisdiction.

This Court has jurisdiction to issue writs of mandamus against a "judge of a district or county court in the court of appeals district." TEX. GOV'T CODE ANN. § 22.221(b) (West 2004). Tarrant County is not within the territorial jurisdiction of this Court. See id. § 22.201(h) (West Supp. 2011). The extent of our jurisdiction over a transferred case is limited to the specific matters that were transferred. See id. § 73.002 (West 2005). There is no express statutory authority that would permit this Court to exercise mandamus jurisdiction over a mandamus proceeding brought against a judge of a court sitting in Tarrant County, Texas. See In re Davis, 87 S.W.3d 794, 795

(Tex.App.—Texarkana 2002, orig. proceeding).  While this Court may also issue writs of mandamus necessary to enforce the jurisdiction of the Court, <u>see</u> TEX. GOV'T CODE ANN. § 22.221(a), Bibbs has failed to identify how the issuance of the writ of mandamus he seeks would be necessary to enforce the jurisdiction of this Court.

For the foregoing reasons, we dismiss the petition for want of jurisdiction.


Mackey K. Hancock
Justice